PS8

# United States District Court
## for the District of Utah

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant: **Alex Hall**  Docket Number: **2:09-CR-00119-002-DB**

Name of Judicial Officer: **Brooke C. Wells**
**United States Magistrate Judge**

Date of Release: **March 10, 2009**

## PETITIONING THE COURT

[ X ]  To issue a summons

## CAUSE

The pretrial officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:**  The defendant has failed to work on a regular basis at a lawful occupation from March 10, 2009, to present.

Evidence in support of this allegation consists of records of the United States Probation Office.

**Allegation No. 2:**  On May 13, 2009, the defendant failed to submit to drug and alcohol testing as directed by the United States Probation Office.

Evidence in support of this allegation consists of records of the United States Probation Office.

**Allegation No. 3:**  On May 19, 2009, the defendant violated the conditions of the home confinement/location monitoring program in that he: failed to return to his residence by the time of his scheduled curfew.

Evidence in support of this allegation consists of a location monitoring violation report and records of the United States Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]* For

Jayson Kelker
United States Pretrial Services Officer
Date: May 21, 2009

PS8

Alex Hall
2:09-CR-00119 DB

## THE COURT ORDERS:

[X] The issuance of a summons
[ ] The issuance of a warrant
[ ] No action
[ ] Other

*Brooke C. Wells*
Honorable Brooke C. Wells
United States Magistrate Judge

Date: 5/27/09