HEATHER HARRIS  (11186)
ATTORNEY FOR DEFENDANT
43 East 400 South
Salt Lake City, Utah 84111
Telephone:  (801) 220-0700
Facsimile: (801) 364-3232
heatherharris@qwestoffice.net

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF APPEAL |
| Plaintiff, | : | |
| v. | : | |
| WILLIAM JAMES VIEHL, | : | Case No. 2:09-CR-00119 |
| Defendant. | : | Honorable Dee Benson |

_____

William Viehl, by and through his attorney, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action by the Honorable Dee Benson on March 11, 2010.  This appeal is to the United States Court of Appeals for the Tenth Circuit.

Dated this 18th day of March, 2010.

/s/ Heather Harris
_____
HEATHER HARRIS
Attorney for William Viehl

CERTIFICATE OF SERVICE

  I hereby certify that on the 18th day of March, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

John Huber
United States Attorney's Office
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Email: john.huber@usdoj.gov

               /s/ Heather Harris
               _____