## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 04/15/2010 at 8:08:31 AM MDT and filed on 04/13/2010
**Case Name:** United States v. Viehl **Case Number:** **10-4061** Document(s): **Document(s)**

**Docket Text:**
[9754014] Record on appeal filed. No. of Volumes: 3. Comments: Vol. 1 - Pleadings; Vol. 2 - Sealed materials; Vol. 3 Transcripts. Appellant's opening brief due on 05/24/2010 for William James Viehl.