CARLIE CHRISTENSEN, Acting United States Attorney (#633)
JOHN W. HUBER, Assistant United States Attorney (#7226)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682  Fax: (801) 325-3387
john.huber@usdoj.gov
_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | Case No. 2:09cr00119 DB |
| vs. : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS |
| ALEX JASON HALL, : | |
| Defendant. : | JUDGE DEE BENSON |
| : | |

_____

Pursuant to DUCrimR 32-1(b), the United States of America states that it disputes no sentencing factors in the Presentence Report submitted by the United States Probation Office.

DATED this 2nd day of June, 2010.

                                                      CARLIE CHRISTENSEN
                                                    Acting United States Attorney

                                                       /s/ John W. Huber
                                                    JOHN W. HUBER
                                                    Assistant United States Attorney